534

505 A.2d 250

**Robert C. ORNER, Petitioner,**

v.

**Rog MALLICK and Theodora Mallick, h/w, and The Media Regency Corporation t/a The Regency Hotel, and Edward Esslinger and Ann Esslinger and Elizabeth Bonsall.**

Supreme Court of Pennsylvania.

Jan. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 20 E.D. Appeal Docket 1986.